## German Insurance Co., of Freeport, Ill., v. John W. Bates & Co., for Use, etc.

1. INSURANCE—*Conditions of the Policy.*—This case follows the decision in the case of the Farmers' Fire Insurance Company v. Bates & Co., appellees, *ante.*

Assumpsit, on an insurance policy. Appeal from the Circuit Court of Brown County; the Hon. JEFFERSON ORR, Judge, presiding. Heard in this court at the November term, 1894. Reversed and remanded. Opinion filed June 3, 1895.

E. A. PERRY, attorney for appellant.

A HEDRICK and R. E. VANDEVENTER, attorneys for appellee.

MR. JUSTICE BOGGS DELIVERED THE OPINION OF THE COURT. The judgment below is reversed and the cause remanded upon the authority of the Farmers' Fire Insurance Company v. same appellees, opinion filed in this court this day. The phraseology of the clause in the policy in the case at bar is not literally the same as in the case cited as authority, but the legal effect, as we interpret it, is not different.